No. 196. WITTE *v.* PARKER. October 10, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Harry N. Guterman* for petitioner. No appearance for respondent.

No. 197. MAYER *v.* AMES, DIRECTOR OF SAFETY, ET AL. October 10, 1938. Petition for writ of certiorari to the Supreme Court of Ohio denied. *Messrs. Alfred H. Myers* and *Cedric Vogel* for petitioner. *Messrs. John D. Ellis* and *Ed F. Alexander* for respondents.

No. 198. KANSAS CITY SOUTHERN RY. Co. *v.* LARSEN. October 10, 1938. Petition for writ of certiorari to the Supreme Court of Arkansas denied. *Messrs. Frank H. Moore, James B. McDonough, Joseph R. Brown,* and *A. F. Smith* for petitioner. *Mr. Tom Poe* for respondent.

No. 199. MINNEAPOLIS, ST. P. & S. S. M. RY. Co. *v.* INDUSTRIAL COMMISSION ET AL. October 10, 1938. Petition for writ of certiorari to the Supreme Court of Wisconsin denied. *Mr. William A. Hayes* for petitioner. *Mr. Mortimer Levitan* for respondents.

No. 201. DERN ET AL. *v.* TANNER ET AL. October 10, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. John A. Shelton* and *Horace S. Davis* for petitioners. No appearance for respondents.